# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| **ALLEGIS GROUP, INC., AEROTEK, INC. and TEKSYSTEMS, INC.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **JUSTIN JORDAN, DANIEL CURRAN, ANA NETO RODRIGUES, ALEXANDER FERRELLO, MICHAEL NICHOLAS and CHRIS HADLEY,** <br><br> **Defendants.** | **Case No. 12-cv-02535-GLR** |

## CORRECTED[1] MOTION TO STAY ENFORCEMENT PENDING APPEAL AND APPROVE SUPERSEDEAS BOND

Pursuant to Fed. R. Civ. P. 62(d), Fed. R. App. P. 8(a)(1), and D. Md. Local R. 110(1)(a), Defendant-Appellants Justin Jordan, Daniel Curran, and Michael Nicholas (the "Defendant-Appellants") hereby move the Court to issue an Order staying enforcement of the June 12, 2018 Final Judgment in this action pending resolution of their appeal to the United States Court of Appeals for the Fourth Circuit and approving a supersedeas bond in the form of a letter of credit issued in Allegis Group, Inc.'s favor in the amount of $1,772,108.00 (the "Letter of Credit"). A copy of the Letter of Credit is attached hereto as Exhibit A.

---

[1] On January 27, 2019, counsel for the Plaintiffs raised a handful of concerns about the Letter of Credit attached to the version of this Motion filed on January 25, 2019 [Dkt. 148]. To allay those concerns, Defendant-Appellants file this corrected motion to attach a revised Letter of Credit obtained to address counsel's concerns. Other than the revised Letter of Credit, this footnote, and the updated date, this Motion is the same in all respects as Dkt. 148.

1. On June 12, 2018, a Final Judgment was entered in this case, which, in relevant part: (1) entered judgment in favor of Plaintiffs on Count II of their Amended Complaint; (2) ordered the Defendant-Appellants to pay Plaintiffs a total of $1,476,340.00 plus prejudgment interest; and (3) dismissed the remaining counts of Plaintiffs' Amended Complaint with prejudice (the "Final Judgment"). Dkts. 136, 131.

2. On July 6, 2018, the Defendant-Appellants filed their Notice of Appeal to the United States Court of Appeals for the Fourth Circuit. Dkt. 138.

3. Defendant-Appellants previously moved this Court to approve a supersedeas bond in the form of a corporate guaranty by Zachary Piper, LLC ("ZP Group") in the amount of $1,476,340.00. Dkts. 141, 145. The Court, however, denied that motion and issued an Order finding that there was not "a sufficient basis for deviation from the Court's general practice, which mandates [the Defendant-Appellants] to file a supersedeas bond equaling 120% of the Final Judgment amount plus costs: a total of $1,772,108.00." Dkt. 147 at 2-3.

4. Since the Court's Order, ZP Group, which employs the Defendant-Appellants either directly or through a subsidiary, agreed to procure a bond in Plaintiffs Allegis Group, Inc.'s favor in the full amount required by the Local Rules and the Court: namely, $1,772,108.00. *See* Local Rule 110(1)(a) ("the amount of any supersedeas bond filed to stay execution of a money judgment pending appeal shall be 120% of the amount of the judgment plus an additional $500 to cover costs on appeal").

5. A required step to obtain such a bond was for ZP Group to obtain a letter of credit in the amount of $1,772,108.00. For the sake of efficiency, ZP Group obtained the Letter of Credit in Allegis Group, Inc.'s favor for $1,772,108.00 and is filing the same herewith to satisfy the requirements of Local Rule 110(1)(a) and the Court's Order. On its face, the Letter of Credit

"will provide adequate (or as adequate as possible) security for the appellee." *See* Dkt. 147 at 1 (quoting *White Marlin Open, Inc. v. Heasley*, No. RDB-16-3105, 2017 WL 3434290, at *1 (D. Md. Aug. 10, 2017)). In addition, as the Court noted in its Order, an appellant "is entitled to a stay of a money judgment 'as a matter of right' upon posting a supersedeas bond." *Id.* at 1 (quoting *Hofmann v. O'Brien*, No. WDQ-06-3447, 2009 WL 3216814, at 1 (D. Md. Sept. 28, 2009)). Therefore, having posted the required bond, execution of the Final Judgment should be stayed.

WHEREFORE, Defendant-Appellants respectfully request that the Court issue an Order (1) staying enforcement of the Final Judgment and any other post-judgment enforcement proceedings pending Defendant-Appellants' appeal to the United States Court of Appeals for the Fourth Circuit, (2) approving the Letter of Credit as sufficient security for a stay of enforcement, and (3) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Donald W. Schroeder
Paul R. Monsees (MD Fed. Bar #12949)
Jillian M. Collins (admitted *pro hac vice*)
3000 K Street, NW, Suite 600
Washington, DC 20007
202.672.5342 Telephone
202.672.5399 Facsimile
pmonsees@foley.com
jcollins@foley.com

Donald W. Schroeder (admitted *pro hac vice*)
FOLEY & LARDNER, LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199
617.342.4041 Telephone
617.342.4001 Facsimile
dschroeder@foley.com

Dated: January 28, 2019                    *Attorneys for Defendants*

4851-2626-8806.1

## **CERTIFICATE OF SERVICE**

      I, Donald W. Schroeder, hereby certify that January 28, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF).

                                                   /s/ Donald W. Schroeder
                                                     Donald W. Schroeder