# **EXHIBIT A**

**AccessNationalBank**

1800 Robert Fulton Drive, Suite 300, Reston, Virginia 20191

voice 703-871-2100          fax 703-766-3385

**IRREVOCABLE LETTER OF CREDIT NO. 1080108432**

ISSUE DATE:            January 25, 2019

BENEFICIARY NAME:   Allegis Group, Inc.
ADDRESS:              7301 Parkway Drive South
                      Hanover, MD 21076

APPLICANT NAME:       Zachary Piper LLC
ADDRESS:              1410 Spring Hill Road, Suite 300
                      McLean, VA 22102

AMOUNT:               $1,772,108.00

EXPIRY DATE:          January 25, 2020

Ladies/Gentlemen:

We hereby authorize <u>Allegis Group, Inc.</u> (the "Beneficiary"), or an agent thereof, to draw on us for the account of <u>Zachary Piper LLC</u> (the "Applicant"), up to an aggregate amount of <u>$1,772,108.00 U.S. Dollars</u> available by your drafts at sight accompanied by the documents set forth herein. This Letter of Credit is irrevocable and unconditional.

We hereby further agree that:

a) Drafts drawn under and in compliance with the terms of this Letter of Credit will be duly honored if presented at our office on or before January 25, 2020, accompanied by this original Letter of Credit and the following:

   (1) Beneficiary's signed statement stating that: "Allegis Group, Inc. ("Beneficiary") hereby represents, warrants and certifies to Access National Bank that the judgment in favor of Beneficiary, Aerotek, Inc., and Teksystems, Inc. and against Justin Jordan, Daniel Curran, and Michael Nicholas in that certain civil action styled *Allegis Group, Inc., Aerotek, Inc. and Teksystems, Inc. v. Justin Jordan, et al.*, Case No. 1:12-cv-02535, in the United States District Court for the District of Maryland ("Judgment") has become final and has been affirmed by the United States Court of Appeals for the Fourth Circuit, and that the amount of said Judgment (together with applicable interest and costs due and owing to the Beneficiary by the Applicant though the date hereof) is $_____. The undersigned Beneficiary hereby makes demand for the payment of $[AMOUNT] under the Letter of Credit. The amount of this draw does not exceed the aforesaid amount of the Judgment, plus such applicable interest and costs, if any, that are due and owing to the Beneficiary from the Applicant through the date hereof."

   Or

   (2) Beneficiary's signed statement stating that "Allegis Group, Inc. ("Beneficiary"), hereby certifies that a notice of non-renewal has been received from Access National Bank and that the Letter of Credit will expire in less than 10 calendar days and the Applicant has failed to provide a replacement letter of credit, other credit support or surety bond in respect of the Judgment (and all applicable interest and costs then due and owing to the Beneficiary) that is either acceptable to the Beneficiary or absent such acceptance is ordered approved by the

United States District Court for the District of Maryland. Therefore, the Beneficiary demands payment of $[AMOUNT] under the Letter of Credit."

b) Funds available under this Letter of Credit shall be paid by us in such amounts and at such times as determined by the Beneficiary, in their sole discretion, provided that the amount drawn shall not exceed the aggregate amount specified herein.

c) We shall have no right, duty obligation or responsibility to evaluate the performance or non-performance of the underlying contract between our customer and the beneficiary of this Letter of Credit.

d) We hereby agree that no change to the Judgment (or applicable interest and costs owing in connection therewith), shall in any way affect our obligations under this Letter of Credit and we hereby waive notice of any such change, on the understanding that no such change, shall increase the amount of our obligation under this Letter of Credit.

e) It is a condition of this Letter of Credit that it will be automatically extended for successive one (1) year periods unless thirty (30) days prior to an expiration date we notify the Beneficiary, in writing by registered mail or overnight courier, that we elect not to renew this Letter of Credit for such additional period. Notwithstanding the forgoing, in no event shall the expiration date of this Letter of Credit be extended beyond January 25, 2022.

f) Upon receipt by you of such notice of non-renewal, you may draw hereunder by means of your drafts on us, at sight accompanied by your written certification described in clause (a) above.

g) Except so far as otherwise expressly stated, this Letter of Credit is subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce in effect on the date of issuance. The amount of any draft drawn hereunder must be endorsed on the reverse side hereof. All drafts must be marked "Drawn under Access National Bank, 1800 Robert Fulton Drive, Suite 310, Reston, VA 20191, Letter of Credit #1080108432 dated January 25, 2019".

h) Approval of this Letter of Credit by the Beneficiary shall be deemed acceptance without further notice to the bank and/or the Applicant.

ACCESS NATIONAL BANK

By: _Heather Skigen_
Heather Skigen, Senior Vice President

ACKNOWLEDGMENT

State of Virginia:
County of Fairfax:

I, Michelle Anne Ruggiero, a Notary Public in and for the State and County aforesaid, do hereby certify that Heather Skigen, Senior Vice President, whose name is signed to the foregoing, this day personally appeared before me in my State and County aforesaid and acknowledged the same.

Given under my hand this 21 day of January, 2019.

_Michelle Anne Ruggiero_
Notary Public

My commission expires: 3/31/19

2